Same case below, 624 F.3d 38.

**No. 10-8787. Eric Flores, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

563 U.S. 913, 131 S. Ct. 1796, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2533.

March 28, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9206. Alexander DeJarnette, Jr., Petitioner v. United States.**

563 U.S. 913, 131 S. Ct. 1804, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2580.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 403 Fed. Appx. 188.

**No. 10-9251. Nathaniel H. Thomas, Petitioner v. United States.**

563 U.S. 913, 131 S. Ct. 1805, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2541.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 411 Fed. Appx. 742.

**No. 08-1443. In re Troy Anthony Davis, Petitioner.**

563 U.S. 903, 131 S. Ct. 1808, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2587.

March 28, 2011. Petition for writ of habeas corpus denied.

**No. 10-9233. In re Hien Anh Dao, Petitioner.**

563 U.S. 903, 131 S. Ct. 1805, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2530,

March 28, 2011. Petition for writ of habeas corpus denied.

**No. 10-9244. In re Omar Lense Rivera, Petitioner.**

563 U.S. 903, 131 S. Ct. 1805, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2568.

March 28, 2011. Petition for writ of habeas corpus denied.

**No. 10-9286. In re Bruce A. Roath, Petitioner.**

563 U.S. 903, 131 S. Ct. 1806, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2513.

March 28, 2011. Petition for writ of habeas corpus denied.

**No. 10-9301. In re Jerry Lee Thompson, Petitioner.**

563 U.S. 903, 131 S. Ct. 1806, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2575.

March 28, 2011. Petition for writ of habeas corpus denied.

**No. 10-9343. In re Gerald Lester, Petitioner.**

563 U.S. 903, 131 S. Ct. 1806, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2507.

March 28, 2011. Petition for writ of habeas corpus denied.